# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FREQUENCY SYSTEMS, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ENGENIUS TECHNOLOGIES, INC.,** )<br>)<br>Defendant. )<br>)<br>) | **Civil Action No. 2:15-cv-00689-JRG-RSP** |

## NOTICE OF APPEARANCE OF DAVID C. YANG

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that David C. Yang of WILMER CUTLER PICKERING HALE AND DORR LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, California 90071, (213) 443-5392, hereby enters his appearance as attorney of record for EnGenius Technologies, Inc., in the above-captioned matter.

Dated: July 24, 2015                 By:   /s/ David C. Yang
                                            David Yang (CA SBN 246132)
                                             david.yang@wilmerhale.com
                                            WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                            350 South Grand Ave., Suite 2100
                                            Los Angeles, CA 90071
                                            Telephone: (213) 443-5392
                                            Facsimile: (213) 443-5400

                                            *Attorneys for Defendant*
                                            EnGenius Technologies, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on July 24, 2015.

              /s/ David C. Yang
              David C. Yang