# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FREQUENCY SYSTEMS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **ENGENIUS TECHNOLOGIES, INC.,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Civil Action No. 2:15-cv-00689-JRG-RSP** <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE OF MARK D. FLANAGAN

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mark D. Flanagan of WILMER CUTLER PICKERING HALE AND DORR LLP, 950 Page Mill Road, Palo Alto, California 94304, (650) 858-6047, hereby enters his appearance as attorney of record for EnGenius Technologies, Inc., in the above-captioned matter.

Dated:  July 24, 2015                    By:   /s/  Mark D. Flanagan

                                                                Mark D. Flanagan (CA SBN 130303)
                                                                mark.flanagan@wilmerhale.com
                                                                WILMER CUTLER PICKERING
                                                                   HALE AND DORR LLP
                                                                950 Page Mill Road
                                                                Palo Alto, CA 94304
                                                                Telephone: +1 650 858-6047
                                                                Facsimile: +1 650 858-6100

                                                                *Attorneys for Defendant*
                                                                EnGenius Technologies, Inc.

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on July 24, 2015.

      /s/ Mark D. Flanagan
      Mark D. Flanagan