# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FREQUENCY SYSTEMS, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ENGENIUS TECHNOLOGIES, INC.,** )<br>)<br>Defendant. )<br>)<br>) | **Civil Action No. 2:15-cv-00689-JRG-RSP** |

## NOTICE OF APPEARANCE OF ELAINE ZHONG

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Elaine Zhong of WILMER CUTLER PICKERING HALE AND DORR LLP, 350 South Grand Avenue, Suite 2100, Los Angeles, California 90071, (213) 443-5378, hereby enters her appearance as attorney of record for EnGenius Technologies, Inc., in the above-captioned matter.

Dated: July 24, 2015

By:   /s/ Elaine Zhong

Elaine Zhong (CA SBN 286394)
elaine.zhong@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5378
Facsimile: +1 213 443 5400

*Attorneys for Defendant*
EnGenius Technologies, Inc.

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on July 24, 2015.

                                          /s/ Elaine Zhong
                                          Elaine Zhong