**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **FREQUENCY SYSTEMS, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | **CASE NO. 2:15-cv-00689-JRG-RSP** |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **ENGENIUS TECHNOLOGIES, INC.,** § | |
| § | |
| Defendant. § | |
| § | |

## ENGENIUS TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant EnGenius Technologies, Inc. makes this corporate disclosure statement.

EnGenius Technologies, Inc. is a wholly owned subsidiary of Senao Networks, Inc. Senao International Co., Ltd. owns 10% or more of Senao Networks, Inc. No other entity or person have financial interest in the outcome of the case.

Dated: July 27, 2015

/s/ *Melissa Richards Smith*
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmith.com
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Mark Flanagan (California Bar No. 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

David Yang (California Bar No. 246132)
david.yang@wilmerhale.com
Elaine Zhong (California Bar No. 286394)
elaine.zhong@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
DORR LLP
350 South Grand Ave., 21st Floor
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

***COUNSEL FOR DEFENDANT***
***ENGENIUS TECHNOLOGIES, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of July, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

　　　　　　　　　　　　　　　　　　　　　　　／s/  Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　　　　Melissa R. Smith