# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **FREQUENCY SYSTEMS, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | **CASE NO. 2:15-cv-00689-JRG-RSP** |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| **ENGENIUS TECHNOLOGIES, INC.,** § | |
| § | |
| Defendant. § | |
| § | |

## DEFENDANT ENGENIUS TECHNOLOGIES, INC.'S JURY DEMAND

Defendant EnGenius Technologies, Inc. hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: July 27, 2015

/s/ Melissa Richards Smith
Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmith.com
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257

Mark Flanagan (California Bar No. 130303)
mark.flanagan@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

/s/ David Yang
David Yang (California Bar No. 246132)
david.yang@wilmerhale.com
Elaine Zhong (California Bar No. 286394)
elaine.zhong@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Ave., 21st Floor
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

***COUNSEL FOR DEFENDANT
ENGENIUS TECHNOLOGIES, INC.***

## CERTIFICATE OF SERVICE

This is to confirm that a copy of the foregoing was electronically filed on April 6, 2015. A true and accurate copy of the foregoing will be served electronically on all counsel of record via the Court's CM/ECF system per Local Rule CV-5(a) and (d) on July 27, 2015.

*/s/ Melissa R. Smith*
Melissa R. Smith